FILED IN U.S. DISTRICT COURT
DISTRICT OF UTAH

AUG 11 2026

GARY P. SEDAR
CLERK OF COURT

BY ______ DEPUTY CLERK

MELISSA HOLYOAK, United States Attorney (#9832)
CHRISTOPHER BURTON, Assistant United States Attorney (NV #12940)
Attorneys for the United States of America
Office of the United States Attorney
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4270

SEALED

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KYLER RATEY,<br><br>Defendant. | INDICTMENT<br><br>Count 1: 18 U.S.C. § 2422(b), Coercion and Enticement<br><br>Count 2: 18 U.S.C. § 2251(a) and (e), Production of Child Pornography<br><br>Count 3: 18 U.S.C. § 2252A(a)(2)(A), (B) and (b)(1), Receipt of Child Pornography<br><br>Case: 4:26-cr-00064<br>Assigned To : Shelby, Robert J.<br>Assign. Date : 8/10/2026<br>Description: USA v. |

The Grand Jury Charges:

**COUNT I**

18 U.S.C. § 2422(b)
(Coercion and Enticement)

Beginning on a date unknown but no later than October 27, 2025, and continuing through May 12, 2026, in the District of Utah,

KYLER RATEY,

defendant herein, using a facility or means of interstate or foreign commerce, did knowingly persuade, induce, entice, and coerce any individual who has not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, and attempted to do so; all in violation of 18 U.S.C. § 2422(b).

**COUNT II**
18 U.S.C. § 2251(a) and (e)
(Production of Child Pornography)

Beginning on a date unknown but no later than October 27, 2025, and continuing through May 12, 2026, in the District of Utah,

KYLER RATEY,

defendant herein, did employ, use, persuade, induce, entice and coerce a minor, "Victim," to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; and the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction was actually transported and transmitted using any

means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and attempted to do so; all in violation of 18 U.S.C. § 2251(a) and (e).

**COUNT III**

18 U.S.C. § 2252A(a)(2)(A), (B) and (b)(1)
(Receipt of Child Pornography)

Beginning on a date unknown but no later than October 27, 2025, and continuing through May 12, 2026, in the District of Utah,

KYLER RATEY,

defendant herein, did knowingly receive any child pornography, and material that contained child pornography, as defined in 18 U.S.C. § 2256(8), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and attempted to do so;

all in violation of 18 U.S.C. § 2252A(a)(2)(A), (B), and (b)(1).

A TRUE BILL:

/s/

FOREPERSON OF GRAND JURY

MELISSA HOLYOAK
United States Attorney

CHRISTOPHER BURTON
Assistant United States Attorney